**Opinion issued October 11, 2012**



In The

# Court of Appeals
**For The**
# First District of Texas

———————————

## NO. 01-12-00273-CV

———————————

**MARY LOUISE BROWN AND WALTER M. BROWN, Appellants**

**V.**

**THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE-HOLDERS OF CWABS, INC., ASSET-BACKED NOTES, SERIES 2004-SD4, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1007021**

---

## MEMORANDUM OPINION

Appellants, Mary Louise Brown and Walter M. Brown, have failed to timely

file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a)

(governing failure of appellant to file brief).  After being notified that this appeal was subject to dismissal, appellants did not respond.  *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.